IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODY DEAN SEELYE,    1:05-CV-1601 OWW SMS HC

    Petitioner,

  vs.

A. K. SCRIBNER,

    Respondent.    ORDER OF TRANSFER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254 and has paid the filing fee.

    The petitioner is challenging a conviction from Shasta County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

    Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this

1

1 action will be transferred to the Sacramento Division.

2     Good cause appearing, IT IS HEREBY ORDERED that:

3     1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

5     2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    501 "I" Street, Suite 4-200
    Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:   January 23, 2006**            **/s/ Sandra M. Snyder**
23ehd0                                    UNITED STATES MAGISTRATE JUDGE